UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>SPHERION PACIFIC WORKFORCE, LLC, et al.,<br><br>        Defendants. | Case No. 16-cv-00986-JST<br><br>**ORDER GRANTING STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: ECF Nos. 29, 28 |

The parties' stipulation to continue the Case Management Conference currently scheduled for June 8, 2016, ECF No. 29, is granted. The Case Management Conference is hereby continued to August 17, 2016 at 2:00 p.m. A Joint Case Management Statement is due by August 10, 2016.

Defendant's Request to Appear Telephonically at the June 8, 2016 Case Management Conference, ECF No. 28, is accordingly denied as moot.

IT IS SO ORDERED.

Dated: May 27, 2016

_____
JON S. TIGAR
United States District Judge