United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>SPHERION PACIFIC WORKFORCE, LLC, et al.,<br><br>    Defendants. | Case No. 16-cv-00986-JST<br><br>**ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND OTHER DEADLINES**<br><br>Re: ECF No. 39 |

The parties' stipulated request to continue the Case Management Conference and other pending deadlines is granted. ECF No. 39. The Case Management Conference currently scheduled for August 17, 2016 is hereby continued to November 9, 2016. A Joint Case Management Statement is due by October 31, 2016 at 5:00 p.m.

IT IS SO ORDERED.

Dated: August 8, 2016

_____
JON S. TIGAR
United States District Judge